# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEHOLDER PRODUCTIONS, Inc., :
    Plaintiff, :
  :     CIVIL ACTION
v. :     No. 08-261
  :
FRED CATONA, et al., :
    Defendants. :

## ORDER

**AND NOW**, this __11th____ day of June, 2009, Defendants' Motion for Summary Judgment (Doc. #28) is **GRANTED**.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: